IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**  3

IN RE: Orion Refining Corporation

|  |  |  |
|---|---|---|
| Cypress Associates LLC as ORC Distribution Trust Representative | ) ) ) |  |
| Appellant | ) | Civil Action No.   07-510 |
| v. | ) ) ) |  |
| Fluor Enterprises Inc. | ) ) |  |
| Appellee | ) ) | Bankruptcy Case No. 03-11483 Adversary No. 04-52447 Bankruptcy Appeal No. 07-82 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 7/20/07 was docketed in the District Court on 8/21/07:

    Ordered that Judgment is entered in favor of Fluor Enterprises Inc., and against the ORC Distribution Trust in the principal amount of $20,657,860.58; an dit is further

    Ordered that Fluor Enterprises Inc., shall be entitled to pre-judgment interest and attorneys' fees as may be entered by the Court after consideration of the further submissions of the parties; and it is further

    Ordered that Fluor Enterprises Inc., shall submit its request for award of pre-judgment interest and attorneys' fees within 60 days of the entry of this Order; and it is further

    Ordered that the ORC Distribution Trust shall file any objection or response to the request of Fluor Enterprises Inc. within 30 days thereafter.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                        Peter T. Dalleo
                                        Clerk of Court

Date:   August 23, 2007

To:     U.S. Bankruptcy Court
         Counsel