IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| ORION REFINING CORPORATION ) | Case No. 03-11483 (MFW) |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |
| CYPRESS ASSOCIATES, LLC as ) | |
| ORC DISTRIBUTION TRUST ) | C.A. Nos. 07-510 and 07-520 (UNA) |
| REPRESENTATIVE, ) | |
| ) | **Re:  Docket Nos. 4 and 5** |
| Appellant/Cross-Appellee. ) | |
| ) | |
| v. ) | |
| ) | |
| FLUOR ENTERPRISES, INC., ) | |
| ) | |
| Appellee/Cross-Appellant. ) | |

**STIPULATION TO EXTEND TIME TO RESPOND
TO MOTION OF APPELLANT/CROSS-APPELLEE CYPRESS ASSOCIATES, LLC, AS
ORC DISTRIBUTION TRUST REPRESENTATIVE TO STAY APPELLATE
PROCEEDINGS PENDING DISPOSITION BY THE BANKRUPTCY COURT OF
MOTION FOR RECONSIDERATION AND FURTHER PROCEEDINGS REGARDING
THE REQUEST OF APPELLEE/CORRS-APPELLANT FLUOR ENTERPRISES, INC.
<u>FOR AN AWARD OF PRE-JUDGMENT INTEREST AND ATTORNEYS' FEES</u>**

It is hereby stipulated and agreed by and among the Appellant/Cross-Appellee, Cypress Associates, LLC, as ORC Distribution Trust Representative ("ORC") and Appellee/Cross-Appellant, Fluor Enterprises, Inc. ("Fluor") that Fluor shall have until September 26, 2007 at 4:00 p.m. to respond to the Motion of Appellant/Cross-Appellee Cypress Associates, LLC, as ORC Distribution Trust Representative to Stay Appellate Proceedings Pending Disposition by the Bankruptcy Court of Motion for Reconsideration and further Proceedings Regarding the Request of Appellee/Cross-Appellant Fluor Enterprises, Inc. for an Award of Pre-Judgment

WCSR 3732901v1

Interest and Attorneys' Fees (the "Motion") filed in the above captioned cases (D.I. 4 and 5)

DATED: September 12, 2007

          ___/s/ **Kevin J. Mangan**_____
Francis A. Monaco, Jr. (#2078)
Kevin J. Mangan (#3810)
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

And

Charles R. Penot, Jr.
Middleberg Riddle & Gianna
201 St. Charles Avenue, 31st Floor
New Orleans, LA  70170
(504) 525-7200

Joseph B. C. Kluttz
Kennedy Covington
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC  28202
(704) 331-7485

Attorneys for Appellee/Cross-Appellant

And

__/s/ Donna Culver_____
William H. Sudell, Jr. (#463)
Donna Culver (#2983)
Gregory Werkheiser (#3553)
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200

Attorneys for Appellant/Cross-Appellee

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ORION REFINING CORPORATION | ) | Case No. 03-11483 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| CYPRESS ASSOCIATES, LLC as | ) | |
| ORC DISTRIBUTION TRUST | ) | C.A. Nos. 07-510 and 07-520 (UNA) |
| REPRESENTATIVE, | ) | |
| | ) | **Re:  Docket Nos. 4 and 5** |
| Appellant/Cross-Appellee. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FLUOR ENTERPRISES, INC., | ) | |
| | ) | |
| Appellee/Cross-Appellant. | ) | |

**CERTIFICATE OF SERVICE**

    **I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on September 13, 2007 upon:**

> William H. Sudell, Jr. (#463)
> Donna Culver (#2983)
> Gregory Werkheiser (#3553)
> Morris Nichols Arsht & Tunnell LLP
> 1201 North Market Street
> Wilmington, DE 19801

    Under penalty of perjury, I declare that the foregoing is true and correct.


____9/13/2007_____       __/s/ Heidi E Sasso_____
Date      Heidi E. Sasso

WCSR  3733068v1