IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br>ORION REFINING COPORATION,<br><br>　　　　　Debtor.<br><br>CYPRESS ASSOCIATES LLC,<br><br>　　　　　Appellant,<br><br>　　v.<br><br>FLUOR ENTERPRISES INC.,<br><br>　　　　　Appellee. | ) Chapter 11<br>) Case No. 03-11483 (MFW)<br>) (Jointly Administered)<br>) Adv. No. 04-52447<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 07-510-SLR<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 21st day of July, 2008, there having been no activity in the above-captioned case since February 1, 2008;

IT IS ORDERED that, on or before **August 28, 2008**, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Judge