IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>ORION REFINING CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 03-11483 (MFW) |
| CYPRESS ASSOCIATES, LLC, AS ORC DISTRIBUTION TRUST REPRESENTATIVE,<br><br>Appellant,<br><br>v.<br><br>FLUOR ENTERPRISES, INC.,<br><br>Appellee. | C.A. Nos. 07-510 (SLR) |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the firm of Morris, Nichols, Arsht & Tunnell LLP hereby withdraws as counsel, and Greenberg Traurig, LLP hereby enters its appearance as counsel for Cypress Associates, LLC, as the representative of the ORC Distribution Trust in the above-captioned appeal.

PLEASE TAKE FURTHER NOTICE that Greenberg Traurig, LLP hereby requests copies of all notices and pleadings given or filed in the above-captioned appeal to be served upon the following:

| Victoria W. Counihan, Esq.<br>counihanv@gtlaw.com<br>Dennis A. Meloro, Esq.<br>melorod@gtlaw.com<br>The Nemours Building<br>1007 North Orange Street<br>Suite 1200<br>Wilmington, DE 19801<br>302-661-7000<br>Fax: 302-661-7360 | Joseph P. Davis, III, Esq.<br>davisjo@gtlaw.com<br>One International Place<br>Boston, MA 02110<br>617-310-6000<br>Fax: 617-310-6001 | Nancy A. Mitchell, Esq.<br>mitchelln@gtlaw.com<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166<br>212-801-9200<br>Fax: 212-801-6400 |

- 2-

Dated: July 23, 2008

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | GREENBERG TRAURIG, LLP |
|---|---|
| /s/ Donna L. Culver<br>William H. Sudell, Jr. (No. 463)<br>Donna L. Culver (No. 2983)<br>Thomas W. Briggs, Jr. (No. 4076)<br>1201 North Market Street<br>Wilmington, DE 19801<br>(302) 658-9200 | /s/ Dennis A. Meloro<br>Victoria W. Counihan (No. 3488)<br>Dennis A. Meloro (No. 4435)<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>(302) 661-7000 |