IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ORION REFINING CORPORATION, | : | Case No. 03-11483 (MFW) |
| | : | |
| Debtor. | : | |
| | : | |
| CYPRESS ASSOCIATES, LLC, AS ORC DISTRIBUTION TRUST REPRESENTATIVE, | : | Civil Action No. 07-510 SLR |
| | : | |
| Appellant | : | |
| v. | : | |
| | : | |
| FLUOR ENTERPRISES, INC., | : | |
| | : | |
| Appellee. | : | |

## STIPULATION OF DISMISSAL OF APPEAL

IT IS HEREBY stipulated and agreed between the above-captioned parties, by and through their respective counsel, that the above-referenced appeal is hereby dismissed with prejudice pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2). The parties shall each bear their own costs and fees.

[Signatures on next page]

*DEL 86,205,345v2 8-27-08*

| | |
|---|---|
| GREENBERG TRAURIG, LLP | WOMBLE CARLYLE SANDRIDGE & RICE, PLLC |
| By: /s/ Dennis A. Meloro<br>Victoria W. Counihan (DE No. 3488)<br>Dennis A. Meloro (DE No. 4435)<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, Delaware 19801<br>Tel:  (302) 661-7000<br>Fax: (302) 661-7360 | By: /s/ Kevin J. Mangan<br>Francis A. Monaco, Jr. (DE No. 2078)<br>Kevin J. Mangan ( DE No. 3810)<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>Tel: (302) 252-4340 |
| and | and |
| Joseph P. Davis<br>GREENBERG TRAURIG, LLP<br>One International Place<br>Boston, Massachusetts 02110<br>Tel:  (617) 310-6000<br>Fax: (617) 310-6001 | MIDDLEBERG RIDDLE & GIANNA<br><br>Charles R. Penot, Jr.<br>201 St. Charles Avenue, 31st Floor<br>New Orleans, LA 70170<br>Tel: (504) 525-7200 |
| *Attorneys for Cypress Associates, LLC, as the ORC Distribution Trust Representative of the ORC Distribution Trust* | KENNEDY COVINGTON<br><br>Joseph B.C. Kluttz<br>Hearst Tower, 47th Floor<br>214 North Tryon Street<br>Charlotte, N.C. 28202<br>Tel: (704) 331-7485<br><br>*Attorneys for Fluor Enterprises, Inc.* |